In the Matter of the Claim of SARAH WHITE, Respondent, v. NEW YORK CENTRAL.AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Matter of White* v. *N. Y. C. & H. R. R. Co.*, 169 App. Div. 903, affirmed.

(Argued October 5, 1915; decided October 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1915, which affirmed a decision of the state workmen's compensation commission granting an award to the claimant for the death of her husband due to accidental injuries received by him while in the employ of defendant.

The points most earnestly presented for the consideration of the court are that the injuries resulting in death were not accidental injuries arising out of and in the course of the employment of the deceased, and that at the time of receiving the injuries deceased was employed by the railroad which was then engaged in interstate commerce.

*William L. Visscher* for appellant.

*E. E. Woodbury, Attorney-General* (*Harold J. Hinman* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.